PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:24-cv-00381-JDP |
| Plaintiff, | |
| v. | ORDER FOR PUBLICATION |
| APPROXIMATELY $325,690.00 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 898144223269, | |
| Defendant. | |

Pursuant to the Application for Publication filed herein, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. That publication be made as follows:

   a. One publication;

   b. Thirty (30) consecutive days;

   c. On the official internet government forfeiture site www.forfeiture.gov;

   d. The publication is to include the following:

      (1) The Court and case number of the action;

      (2) The date of the seizure/posting;

      (3) The identity and/or description of the property seized/posted;

Order for Publication

1          (4)      The name and address of the attorney for the United States;

2          (5)      A statement that claims of persons entitled to possession or claiming an

3   interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for

4   the United States no later than 60 days after the first day of publication on the official internet

5   government forfeiture site; and

6          (6)      A statement that answers to the Complaint or a motion under Rule 12 of the

7   Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the

8   filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

9

10  IT IS SO ORDERED.

11

12  Dated:   February 12, 2024          _____

13                                       JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2