PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-cv-00381-JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: BRIEFING SCHEDULE AND HEARING ON CLAIMANT'S MOTIONS |
| APPROXIMATELY $325,690.00 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 898144223269, | |
| Defendant. | |

United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for Claimant JVA BUILDING LLC, Santiago J. Teran, respectfully propose the following briefing schedule for the motion to transfer venue and dismiss the complaint.  ECF No. 12.

Plaintiff United States to respond to the motions no later than August 14, 2024, and Claimant to reply no later than September 2, 2024.  The briefing schedule is requested to allow the parties to accommodate their previously schedule personal travel schedule and out-of-state work commitments, as well as file the documents necessary for magistrate jurisdiction in this matter.  The parties further request that the Court hold a hearing on the motion on September 12, 2024.

///

///

///

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Claimant hereby stipulate that a hearing be scheduled on September 12, 2024, the United States to file any response to the motion by August 14, 2024, and Claimant to file any reply by September 2, 2024.

Dated: 7/9/2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/9/2024

/s/ Santiago J. Teran
SANTIAGO J. TERAN
Counsel for Claimant JVA Building LLC
(Signature authorized by email)

**ORDER**

IT IS SO ORDERED.

Dated:   July 18, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE