ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY $325,690.00 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 898144223269,

Defendants.

2:24-CV-00381-TLN-JDP

ORDER FOR FURTHER STAY OF CASE

Pursuant to the United States' Request to Extend the Stay, this matter is stayed pursuant to 18 U.S.C. § 981(g) for a period of thirty days to November 4, 2026, at which time the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: October 6, 2026

Troy L. Nunley
Chief United States District Judge